United States District Court
District of Massachusetts

| | |
|---|---|
| DAVID B. TRACEY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY, et al.<br><br>　　　　Defendants. | Civil No.<br>16-11620-NMG |

## ORDER

GORTON, J.

Plaintiffs' Objections to Magistrate Judge Order Denying Motion to Modify Schedule and for Additional Depositions (Docket No. 180) are **SUSTAINED** in part, and **OVERRULED**, in part; and the scheduling order is modified as follows:

- parties are allowed to take up to 15 depositions for a total of 45 hours of direct examination and all fact depositions shall be completed on or before February 15, 2019;

- experts shall be designated and Rule 26 reports exchanged on or before January 31, 2019;

- rebuttal experts, if any, shall be designated and Rule 26 reports exchanged on or before February 28, 2019;

- expert depositions shall be completed on or before March 31, 2019;

- dispositive motions shall be filed on or before April 24, 2019;

- oppositions to dispositive motions shall be filed on or before May 24, 2019;

- the final pretrial conference will be held on Wednesday, September 4, 2019 at 3:00 p.m.; and

- the trial shall commence on Monday, September 9, 2019 at 9:00 a.m.

There will be no further extensions or continuances.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated: December 28, 2018