IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID B. TRACEY, DANIEL GUENTHER, MARIA T. NICHOLSON, AND CORRINNE R. FOGG, individually and as representatives of a class of participants and beneficiaries on behalf of the MIT Supplemental 401(k) Plan,<br><br>                           *Plaintiffs*,<br><br>v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE MIT SUPPLEMENTAL 401(K) PLAN OVERSIGHT COMMITTEE, THE ADMINISTRATIVE COMMITTEE, ISRAEL RUIZ, ALISON ALDEN, MARC BERNSTEIN, LAWRENCE CANDELL, GLENN DAVID ELLISON, MICHAEL HOWARD, MARTIN KELLY, S.P. KOTHARI, ROBERT C. MERTON, GUNTHER ROLAND, LORRAINE A. GOFFE-RUSH, GLEN SHOR, PAMELA WELDON, THOMAS M. WIEAND, and BARTON ZWIEBACH,<br><br>                           *Defendants*. | No. 1:16-cv-11620-NMG |

**JOINT MOTION TO STAY PENDING MEDIATION**

      Plaintiffs and Defendants (collectively the "Parties"), by and through their respective counsel, hereby jointly move for a short stay of all existing case management deadlines so that the Parties can devote their time and resources to mediation in the above-captioned matter. In support of this Joint Motion, the Parties state as follows:

      1.     The Parties have agreed to submit this dispute to mediation before private mediator Hunter Hughes, Esq., of Hunter Hughes Alternative Dispute Resolution in Atlanta, Georgia. Mr. Hughes has extensive experience successfully mediating ERISA 401(k) and 403(b)

plan cases. The mediation has been set for May 22, 2019, which is the earliest date on which both Mr. Hughes and the Parties are available.

2. A settlement, if approved, will resolve all claims and issues in this action.

3. A short stay of this litigation will permit the Parties to prepare for and complete the mediation process. A stay will also conserve the Parties' and the Court's time and resources, and will allow the Parties to focus on settlement, rather than spending their efforts, and money, on expert depositions, expert motions, and dispositive motions that, if a settlement is reached and approved, will prove to be unnecessary.

4. A short stay is also in the interest of judicial economy, as the resolution of this matter via mediation would avoid burdening the Court with any time-consuming disputed questions.

5. Therefore, the Parties respectfully request that the Court vacate the current case management schedule, including all existing case management deadlines. The Parties will submit a status report to the Court no later than June 14, 2019, stating whether the Parties have reached a resolution, need additional time, or intend to proceed with the litigation. If the Parties intend to proceed with the litigation, they will submit a proposed case management schedule no later than June 26, 2019, suggesting new deadlines for the deadlines that had not yet passed when this joint motion was filed.

WHEREFORE, the Parties respectfully request that the Court stay the proceedings in the above-referenced matter and vacate all existing case management deadlines pending the outcome of the Parties' mediation.

Respectfully submitted this 11th day of March, 2019.

*/s/ Shannon M. Barrett*

Brian D. Boyle (*pro hac vice*)
Gregory F. Jacob (*pro hac vice*)
Shannon M. Barrett (*pro hac vice*)
Meaghan Vergow (*pro hac vice*)
Deanna M. Rice (*pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC, 20006
T: 202-383-5300
F: 202-383-5414
bboyle@omm.com
gjacob@omm.com
sbarrett@omm.com
mvergow@omm.com
drice@omm.com


Alison V. Douglass (BBO # 646861)
GOODWIN PROCTER, LLP
100 Northern Avenue
Boston, MA 02210
T: 617-570-1676
F: 617-523-1231
adouglass@goodwinlaw.com

*Attorneys for Defendants*


*/s/ Sean E. Soyars*
Jerome J. Schlichter (*pro hac vice*)
Sean E. Soyars (*pro hac vice*)
Alexander L. Braitberg (*pro hac vice*)
Scott Apking (*pro hac vice*)
SCHLICHTER BOGARD & DENTON LLP
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
T: 314-621-6115
F: 314-621-5934
jschlichter@uselaws.com
ssoyars@uselaws.com
abraitberg@uselaws.com
sapking@uselaws.com

*Lead Counsel for Plaintiffs*

    Michael M. Mulder (*pro hac vice*)
    Elena N. Liveris (*pro hac vice*)
    LAW OFFICES OF MICHAEL M. MULDER
    1603 Orrington Avenue, Suite 600
    Evanston, Illinois 60201
    T: 312-263-0272
    F: 847-563-2301 (fax)
    mmulder@mmulderlaw.com
    eliveris@mmulderlaw.com

    *Counsel for Plaintiffs*

    Stephen Churchill (BBO #564158)
    FAIR WORK, P.C.
    192 South Street, Suite 450
    Boston, MA 02111
    T: 617-607-3260
    F: 617-488-2261
    steve@fairworklaw.com

    *Local Counsel for Plaintiffs*

5

**CERTIFICATE OF SERVICE**

I, Shannon M. Barrett, hereby certify pursuant to Local Rule 7.1(a)(2) that counsel for Defendants has conferred with counsel for Plaintiffs about the issues presented by this motion, and that Plaintiffs have assented to the relief requested in this motion.

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 11, 2019.

/s/ Shannon M. Barrett  
Shannon M. Barrett  
*Attorney for Defendants*