# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

DAVID B. TRACEY, *et al.*,

        *Plaintiffs*,

  v.

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY, *et al.*,

        *Defendants*.

No. 16-cv-11620-NMG

## JOINT STATUS REPORT ON MEDIATION

Pursuant to this Court's order dated March 18, 2019 (Docs. 188, 190), the parties hereby submit this joint status report regarding the May 22, 2019 mediation. The parties did not resolve the claims and intend to proceed with litigation. The parties are proceeding according to the schedule in this Court's order dated March 18, 2019. Doc. 190.

/s/ Scott T. Apking
SCHLICHTER BOGARD & DENTON LLP
Jerome J. Schlichter (admitted *pro hac vice*)
Heather Lea (admitted *pro hac vice*)
Joel D. Rohlf admitted *pro hac vice*)
Scott T. Apking (admitted *pro hac vice)*
100 South Fourth Street, Suite 1200
St. Louis, MO, 63102
(314) 621-6115
(314) 621-5934 (fax)
jschlichter@uselaws.com
hlea@uselaws.com
jrohlf@uselaws.com
sapking@uselaws.com
*Lead Counsel for Plaintiffs*

Michael M. Mulder (admitted *pro hac vice*)
Elena N. Liveris (admitted *pro hac vice*)
LAW OFFICES OF MICHAEL M. MULDER
1603 Orrington Avenue, Suite 600
Evanston, Illinois 60201
(312) 263-0272
(847) 563-2301 (fax)
mmmulder@mmulderlaw.com
eliveris@mmulderlaw.com
*Counsel for Plaintiffs*

Stephen Churchill, BBO#564158
FAIR WORK, P.C.
192 South Street, Suite 450
Boston, MA 02111
(617) 607-3260
(617) 488-2261 (fax)
steve@fairworklaw.com
*Local Counsel for Plaintiffs*


*/s/ Shannon M. Barrett*
Brian D. Boyle (*pro hac vice*)
Gregory F. Jacob (*pro hac vice*)
Shannon M. Barrett (*pro hac vice*)
Meaghan Vergow (*pro hac vice*)
Deanna M. Rice (*pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC, 20006
T: 202-383-5300
F: 202-383-5414
bboyle@omm.com
gjacob@omm.com
sbarrett@omm.com
mvergow@omm.com
drice@omm.com

Alison V. Douglass (BBO # 646861)
GOODWIN PROCTER, LLP
100 Northern Avenue
Boston, MA 02210
T: 617-570-1676
F: 617-523-1231
adouglass@goodwinlaw.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 14, 2019.

/s/ Scott T. Apking