# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID B. TRACEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MASSACHUSETTS INSTITUTE OF TECHNOLOGY, *et al.*, <br><br> Defendants. | No. 16-cv-11620-NMG |

## JOINT MOTION FOR A STATUS CONFERENCE REGARDING TRIAL

Plaintiffs and Defendants (collectively the "Parties"), by and through their respective counsel, hereby jointly move for a status conference at the Court's earliest possible convenience to discuss the length of the September 9, 2019 trial and division of time at the trial, should Defendants' pending motion for summary judgment (Doc. 204) be denied. In support of this Joint Motion, the Parties state as follows:

1. This matter is currently set for trial on September 9, 2019 with a pre-trial conference on September 4, 2019. Doc. 190 at 2.

2. The Court's prior scheduling orders do not delineate the anticipated length of trial or any time limitations. *See* Doc. 84; Doc. 136; Doc. 190.

3. The Parties agree that a status conference with the Court is necessary to address the anticipated length of trial, the division of trial time, and any other pre-trial issues the Court wishes to address, in order to allow for the efficient preparation and presentation of evidence by the Parties.

Case 1:16-cv-11620-NMG   Document 217   Filed 07/31/19   Page 2 of 4


WHEREFORE, the Parties respectfully request that the Court schedule a status conference at the Court's earliest convenience.

Respectfully submitted this 31st day of July, 2019.

/s/ Jerome J. Schlichter
Jerome J. Schlichter (*pro hac vice*)
Heather Lea (*pro hac vice*)
Joel D. Rohlf (*pro hac vice*)
Scott T. Apking (*pro hac vice*)
SCHLICHTER BOGARD & DENTON LLP
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
T: 314-621-6115
F: 314-621-5934
jschlichter@uselaws.com
hlea@uselaws.com
jrohlf@uselaws.com
sapking@uselaws.com

*Lead Counsel for Plaintiffs*

Michael M. Mulder (*pro hac vice*)
Elena N. Liveris (*pro hac vice*)
LAW OFFICES OF MICHAEL M. MULDER
1603 Orrington Avenue, Suite 600
Evanston, Illinois 60201
T: 312-263-0272
F: 847-563-2301 (fax)
mmulder@mmulderlaw.com
eliveris@mmulderlaw.com

*Counsel for Plaintiffs*

Stephen Churchill (BBO #564158)
FAIR WORK, P.C.
192 South Street, Suite 450
Boston, MA 02111
T: 617-607-3260
F: 617-488-2261
steve@fairworklaw.com

*Local Counsel for Plaintiffs*

*/s/ Catalina J. Vergara*
Brian D. Boyle (*pro hac vice*)
Shannon M. Barrett (*pro hac vice*)
Catalina J. Vergara (*pro hac vice*)
Deanna M. Rice (*pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC, 20006
T: 202-383-5300
F: 202-383-5414
bboyle@omm.com
sbarrett@omm.com
cvergara@omm.com
drice@omm.com


Roberto M. Braceras (BBO # 566816)
GOODWIN PROCTER, LLP
100 Northern Avenue
Boston, MA 02210
T: 617-570-1676
F: 617-523-1231
rbraceras@goodwinlaw.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I, Jerome J. Schlichter, hereby certify pursuant to Local Rule 7.1(a)(2) that counsel for Plaintiffs have conferred with counsel for Defendants about the issues presented by this motion, and that Defendants have assented to the relief requested in this motion.

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 31, 2019.

/s/ Jerome J. Schlichter
Jerome J. Schlichter
*Attorney for Plaintiffs*