**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DAVID B. TRACEY, *et al.*, | |
| Plaintiffs, | |
| v. | No. 16-cv-11620-NMG |
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY, *et al.*, | |
| Defendants. | |

## PLAINTIFFS' MOTION TO IMPOUND CONFIDENTIAL MATERIALS

Pursuant to Local Rule 7.2 and Paragraph 6 of the Protective Order entered by the Court on March 21, 2018 (Doc. 106), Plaintiffs respectfully submit this Motion to Impound Confidential Materials requesting to impound certain documents in support of Plaintiffs' Memorandum in Opposition to Defendants' Motion for Summary Judgment and to file a redacted Memorandum in Opposition to Defendants' Motion for Summary Judgment and redacted Response to Defendants' Statement of Undisputed Material Facts and Plaintiffs' Statement of Additional Material Facts. Specifically, Plaintiffs seek to impound Exhibit P49 to the Declaration of Dr. Gerald Buetow and redact references to documents Defendants and third-parties have previously moved, or will move, to impound.

Good cause exists to impound Exhibit P49 to the Buetow Declaration because this exhibit is the corrected expert report of Dr. Gerald Buetow. This report is derived from and contains summaries and discussions of materials designated as confidential by third-parties and Defendants, including Plan participant records and information and analysis provided or performed by third parties. Both Plaintiffs and Defendants therefore designated their respective

expert reports "Confidential" in accordance with the Protective Order. Defendants previously

filed a Motion to Impound another version of Dr. Buetow's expert report. (Doc. 203).

Plaintiffs respectfully request that the report and targeted redactions remain impounded

for sixty (60) days after final resolution of the above-captioned action, including any appeals.

Thereafter, counsel for Plaintiffs shall make arrangements to retrieve the impounded materials

and shall retain them.

Counsel for Plaintiffs have conferred with Defendants' counsel regarding this Motion,

and Defendants' counsel has indicated their asset to this motion.

Respectfully submitted this 5th day of August, 2019.

/s/ Jerome J. Schlichter
Jerome J. Schlichter (*pro hac vice*)
Heather Lea (*pro hac vice*)
Joel D. Rohlf (*pro hac vice*)
Scott T. Apking (*pro hac vice*)
SCHLICHTER BOGARD & DENTON LLP
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
T: 314-621-6115
F: 314-621-5934
jschlichter@uselaws.com
hlea@uselaws.com
jrohlf@uselaws.com
sapking@uselaws.com
*Lead Counsel for Plaintiffs*

Michael M. Mulder (*pro hac vice*)
Elena N. Liveris (*pro hac vice*)
LAW OFFICES OF MICHAEL M. MULDER
1603 Orrington Avenue, Suite 600
Evanston, Illinois 60201
T: 312-263-0272
F: 847-563-2301 (fax)
mmulder@mmulderlaw.com
eliveris@mmulderlaw.com
*Counsel for Plaintiffs*

2

Stephen Churchill (BBO #564158)
FAIR WORK, P.C.
192 South Street, Suite 450
Boston, MA 02111
T: 617-607-3260
F: 617-488-2261
steve@fairworklaw.com
*Local Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Jerome J. Schlichter, hereby certify pursuant to Local Rule 7.1(a)(2) that counsel for Plaintiffs has conferred with counsel for Defendants about the issues presented by this motion, and that Defendants have assented to the relief requested in this motion.

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 5, 2019.

/s/ Jerome J. Schlichter
Jerome J. Schlichter
*Attorney for Plaintiffs*