# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID B. TRACEY, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MASSACHUSETTS INSTITUTE OF TECHNOLOGY, *et al.*, <br><br> *Defendants*. | No. 16-cv-11620-NMG |

## DECLARATION OF JOEL D. ROHLF

I, Joel D. Rohlf, of lawful age, declare as follows:

1. I am an attorney with Schlichter Bogard & Denton LLP, the law firm representing Plaintiffs in this case. I am licensed to practice in all Courts of the District of Columbia, and the States of Illinois and Missouri and I am admitted to practice in numerous federal courts. If called as a witness, I could and would competently testify to the facts set forth below as I know them to be true based on my personal knowledge and review of the records and files maintained by Schlichter Bogard & Denton in the regular course of its representation of Plaintiffs in this case.

2. Attached as Exhibit P1 is a true and correct excerpts of the deposition of Michael Howard taken on March 15, 2019.

3. Attached as Exhibit P2 is a true and correct copy of a letter to John Rice dated September 14, 1998, produced by Defendants as MIT-0002551.

4. Attached as Exhibit P3 is a true and correct excerpts of the deposition of Theresa Stone taken on November 15, 2018.

5. Attached as Exhibit P4 is a true and correct copy of a compilation of the Trust Agreement between Massachusetts Institute of Technology and Fidelity Management Trust Company with Amendments thereto.

6. Attached as Exhibit P5 is a true and correct copy of a compilation of the Amended and Restated Recordkeeping Agreement between Massachusetts Institute of Technology and Fidelity Investments Institutional Operations Company, Inc. with Amendments thereto.

7. Attached as Exhibit P6 is a true and correct copy of an e-mail from Mark Lofgren to David Chused, et al. dated February 21, 2012, produced by Defendants as MIT-0150261.

8. Attached as Exhibit P7 is a true and correct excerpts of the deposition of Israel Ruiz taken on November 27, 2018.

9. Attached as Exhibit P8 is a true and correct copy of an e-mail from Julienne M. Dean to John Harrington, et al. dated May 27, 2010, produced by third party Fidelity as FIDELITY002154.

10. Attached as Exhibit P9 is a true and correct copy of a presentation regarding Proposed Investment Lineup Changes, produced by third party Mercer as MERCER 000582.

11. Attached as Exhibit P10 is a true and correct excerpts of the deposition of Martin Kelly taken on November 9, 2018.

12. Attached as Exhibit P11 is a true and correct copy of a compilation of the meeting minutes of the MIT Supplemental 401(k) Oversight Committee, produced by Defendants.

13. Attached as Exhibit P12 is a true and correct excerpts of the deposition of Liana Magner taken on November 27, 2018.

14. Attached as Exhibit P13 is a true and correct copy of website printout of Strategic Sourcing from MIT's website.

15. Attached as Exhibit P14 is a true and correct copy of website printout of MIT Policies, 7.9 Procurement Policy on Gifts and Gratuities from MIT's website.

16. Attached as Exhibit P15 is a true and correct copy of a Memorandum to Maureen Ratigan, et al, produced by Defendants as MIT-0139855.

17. Attached as Exhibit P16 is a true and correct copy of an e-mail from Jennifer Eller to David Chused, et al dated October 18, 2010, produced by Defendants as MIT-0150288. Filed under seal.

18. Attached as Exhibit P17 is a true and correct copy of the MIT Supplemental 401(k) Plan Disclosure, produced by Defendants as MIT-0006303.

19. Attached as Exhibit P18 is a true and correct copy of the MIT Supplemental 401(k) Plan Participant Disclosure Notice, produced by Defendants as MIT-0006405.

20. Attached as Exhibit P19 is a true and correct copy of an e-mail from Kenneth Davies to David Chused, produced by Defendants as MIT-0132789.

21. Attached as Exhibit P20 is a true and correct excerpts of the deposition of David Chused taken on November 16, 2018.

22. Attached as Exhibit P21 is a true and correct excerpts of the deposition of Maureen Ratigan taken on November 15, 2018.

23. Attached as Exhibit P22 is a true and correct copy of an e-mail from Kenneth Davies to Glenn Ellison, et al, dated September 23, 2014, produced by Defendants as MIT-0010892.

24. Attached as Exhibit P23 is a true and correct copy of a 2014 Screenshot of Investment Election on Website, produced by Defendants as MIT-0010893.

25. Attached as Exhibit P24 is a true and correct copy of letter to participants in the MIT Supplemental 401(k) Plan, produced by Defendants as MIT-0118876.

26. Attached as Exhibit P25 is a true and correct copy of a Supplemental 401(k) Plan Investment Restructure Interview, Preliminary Interview Results, produced by Defendants as MIT-0133535.

27. Attached as Exhibit P26 is a true and correct excerpts of the deposition of Alison Alden taken on January 24, 2019.

28. Attached hereto as Exhibit P27 is a true and correct copy of an e-mail from Kenneth Davies to David Chused, dated September 13, 2012, produced by Defendants as MIT-0151009. Filed under seal.

29. Attached as Exhibit P28 is a true and correct copy of a presentation entitled Community Feedback on the Proposal to Streamline the 401(k) Plan Investment Line-Up, produced by Defendants as MIT-0115701.

30. Attached as Exhibit P29 is a true and correct copy of an e-mail from Tom Wieand to Maureen Ratigan, et al, dated September 21, 2014, produced by Defendants as MIT-0144120.

31. Attached as Exhibit P30 is a true and correct copy of a presentation entitled Executive Summary – MIT Supplemental 401(k) Plan Oversight Committee by Fidelity, produced by Defendants as MIT-0000753.

32. Attached as Exhibit P31 is a true and correct copy of an e-mail from Maureen Ratigan to Kenneth Davies, dated February 5, 2014, produced by Defendants as MIT-0012776.

33. Attached as Exhibit P32 is a true and correct copy of an e-mail from John Harrington to Jean Samuelson, dated July 1, 2010, produced by third party Fidelity as FIDELITY003158.

34. Attached as Exhibit P33 is a true and correct copy of an e-mail from Maureen Ratigan to Israel Ruiz, et al, dated August 2, 2013, produced by Defendants as MIT-0121800.

35. Attached as Exhibit P34 is a true and correct copy of a calendar entry for a meeting of the June 401(k) Subcommittee Meeting and attached meeting materials, produced by Defendants as MIT-0151037.

36. Attached as Exhibit P35 is a true and correct copy of an e-mail from John Harrington to Jean Samuelson, et al. dated May 11, 2010, produced by third party Fidelity as FIDELITY002661.

37. Attached as Exhibit P36 is a true and correct copy of a web-site print out of the MIT Corporation of Theresa M. Stone.

38. Attached as Exhibit P37 is a true and correct copy of a web-site print out of the MIT Corporation of Abigail P. Johnson.

39. Attached as Exhibit P38 is a true and correct copy of the MIT Faculty Newsletter, dated November/December 2009, produced by Defendants as MIT-0143623.

40. Attached as Exhibit P39 is a true and correct copy of a Memorandum to the Executive Committee of the MIT Corporation, dated May 24, 2014, produced by Defendants as MIT-0002555. Filed under seal.

41. Attached as Exhibit P40 is a true and correct copy of an e-mail from John Harrington to Jean Samuelson, dated January 13, 2011, produced by third party Fidelity as FIDELITY002924.

42. Attached as Exhibit P41 is a true and correct excerpts of the deposition of Wendy Dominguez taken on June 21, 2019.

43. Attached as Exhibit P42 is a true and correct copy of an e-mail to Alison Alden, et al, produced by Defendants as MIT-0133533. Filed under seal.

44. Attached as Exhibit P43 is a true and correct copy of a slide entitled MIT 401(k) Plan Investment Restructure Project Plan, produced by Defendants as MIT-0001996.

45. Attached as Exhibit P44 is a true and correct excerpts of the deposition of Russell Wermers taken on July 1, 2019.

46. Attached as Exhibit P45 is a true and correct excerpts of the deposition of John Harrington taken on November 29, 2018.

47. Attached as Exhibit P46 is a true and correct copy of an e-mail from John Harrington to Jean Samuelson, et al. dated April 9, 2011, produced by third party Fidelity as FIDELITY000852.

48. Attached as Exhibit P47 is a true and correct copy of the Investment Policy Statement, produced by Defendants as MIT-0150865.

49. Attached as Exhibit P48 is a true and correct copy of a presentation entitled Supplemental 401(k) Plan Subcommittee Meeting dated June 16, 2010, produced by Defendants as MIT-0150880.

50. Attached as Exhibit P49 is a true and correct copy of the Corrected Expert Report of Dr. Gerald Buetow. Filed under seal.

51. Attached as Exhibit P50 is a true and correct copy of a presentation entitled Investment Window Review dated October 6, 2010, produced by Defendants as MIT-0000904.

52. Attached as Exhibit P51 is a true and correct copy of a presentation by Fiduciary Investment Advisors, LLC dated October 2010, produced by Defendants as MIT-0000872.

53. Attached as Exhibit P52 is a true and correct copy of a presentation by Captrust, produced by Defendants as MIT-0115944.

54. Attached as Exhibit P53 is a true and correct excerpts of the deposition of Steve Gissiner taken on July 2, 2019.

55. Attached as Exhibit P54 is a true and correct excerpts of the deposition of Glenn Ellison taken on November 30, 2018.

56. Attached as Exhibit P55 is a true and correct copy of a presentation by Mercer, First Quarter 2011, Defined Contribution Performance Evaluation, produced by Defendants as MIT-0003590.

57. Attached as Exhibit P56 is a true and correct copy of Investment Option changes to the MIT Supplemental 401(k) Plan, produced by Defendants as MIT-0135679.

58. Attached as Exhibit P57 is a true and correct excerpts of the deposition of Jean Samuelson taken on January 29, 2019.

59. Attached as Exhibit P58 is a true and correct copy of MIT 401(k) Investment Oversight Committee Resolution to Change Plan Investment Options, dated January 20, 2015, produced by Defendants as MIT-0000553.

60. Attached as Exhibit P59 is a true and correct copy of an e-mail from Jean Samuelson to John Harrington, et al. dated April 20, 2011, produced by third party Fidelity as FIDELITY002758.

61. Attached as Exhibit P60 is a true and correct copy of the 2011 Form 5500 of the MIT Supplemental 401(k) Plan, produced by Defendants as MIT-0015103.

62. Attached as Exhibit P61 is a true and correct copy of an e-mail from Jean Samuelson to John Harrington, et al. dated May 17, 2011, produced by third party Fidelity as FIDELITY002750.

63. Attached as Exhibit P62 is a true and correct copy of an e-mail from Jill Walker to Kenneth Pitman, et al. dated July 26, 2016, produced by third party Mercer as MERCER 000002.

64. Attached as Exhibit P63 is a true and correct copy of an e-mail from John Harrington to Ken Davies, et al. dated November 8, 2012, produced by third party Fidelity as FIDELITY001053.

65. Attached as P64 is a true and correct copy of excerpts from the book Managing Investment Portfolios.

66. Attached as Exhibit P65 is a true and correct copy of an e-mail from Kenneth Davies to Maureen Ratigan, et al, dated August 14, 2012, produced by Defendants as MIT-0134160. Filed under seal.

67. Attached as P66 is a true and correct copy of excerpts from the book The Management of Investment Decisions.

68. Attached as P67 is a true and correct copy of Mercer's DC Fee Management – Mitigating Fiduciary Risk and Maximizing Plan Performance.

69. Attached as Exhibit P68 is a true and correct copy of a presentation by Mercer, MIT 401(k) Plan – Fund Selection Subcommittee, Fund Selection Process dated February 25, 2014, produced by Defendants as MIT-0123127.

70. Attached as Exhibit P69 is a true and correct copy of a presentation by Mercer, 401(k) Plan Governance, Understanding Fiduciary Responsibility, dated December 12, 2012, produced by Defendants as MIT-0005144.

71. Attached as Exhibit P70 is a true and correct copy of an e-mail from Amy Magiera to Liana Magner, et al. dated November 1, 2012, produced by third party Mercer as MERCER 033765.

72. Attached as Exhibit P71 is a true and correct copy of an e-mail from Kenneth Davies to Tom Wieand, et al, dated February 9, 2014, produced by Defendants as MIT-0016809.

73. Attached as Exhibit P72 is a true and correct copy of Notes from call with Mike Liana and Jill from February 25, 2014, produced by Defendants as MIT-0123075.

74. Attached as Exhibit P73 is a true and correct copy of a presentation by Mercer entitled Investment Monitoring Best Practices, dated July 22, 2015, produced by Defendants as MIT-0002525.

75. Attached as Exhibit P74 is a true and correct copy of an e-mail from Michael W. Howard to Israel Ruiz, dated April 11, 2014, produced by Defendants as MIT-0122074.

76. Attached as Exhibit P75 is a true and correct copy of an e-mail from Kenneth Davies to David Chused, et al, dated July 14, 2015, produced by Defendants as MIT-0127200. Filed Under Seal.

77. Attached as Exhibit P76 is a true and correct copy of an e-mail from Maureen Ratigan to Israel Ruiz, et al, dated October 14, 2014, produced by Defendants as MIT-0022668.

78. Attached as Exhibit P77 is a true and correct copy of an e-mail from David Schmittlein to Israel Ruiz, et al, dated March 24, 2015, produced by Defendants as MIT-0122530.

79. Attached as Exhibit P78 is a true and correct excerpts of the deposition of Linda Delivorias taken on February 15, 2019.

80. Attached as Exhibit P79 is a true and correct copy of the 2013 Form 5500 of the MIT Supplemental 401(k) Plan, produced by Defendants as MIT-0114910.

81.  Attached as Exhibit P80 is a true and correct copy of a document titled MIT 401(k) Funds ranked by Assets Under Management as of March 30, 2012, produced by Defendants as MIT-0001682.

82.  Attached as Exhibit P81 is a true and correct copy of a template Investment Policy Statement, produced by Defendants as MIT-0127201.

83.  Attached as Exhibit P82 is a true and correct copy of a document titled Investment Window Quantitative Screen, produced by Defendants as MIT-0005213.

84.  Attached as Exhibit P83 is a true and correct copy of Appendix A, New Investment Lineup, produced by Defendants as MIT-0002470.

85.  Attached as Exhibit P84 is a true and correct copy of an e-mail from John Harrington to Michael Maglieri, et al. dated March 15, 2013, produced by third party Fidelity as FIDELITY000593.

86.  Attached as Exhibit P85 is a true and correct copy of an e-mail from John Ragnoni to Terry Stone, dated June 15, 2010, produced by third party Fidelity as FIDELITY003174.

87.  Attached as Exhibit P86 is a true and correct excerpts of the deposition of Gerald Buetow taken on June 18, 2019.

88.  Attached as Exhibit P87 is a true and correct copy of a compilation of Fee Transparencies.

89.  Attached as Exhibit P88 is a true and correct copy of an e-mail from Maureen Ratigan to Kenneth Davies, et al, dated March 11, 2013, produced by Defendants as MIT-0013765. Filed under seal.

90.  Attached as Exhibit P89 is a true and correct copy of a website printout, FAQS: Uniform Guidance Procurement Standards – Effective July 1, 2018.

91. Attached as Exhibit P90 is a true and correct copy of an e-mail from Jean Samuelson to Deb Matthews, dated June 10, 2010, produced by third party Fidelity as FIDELITY002144.

92. Attached as Exhibit P91 is a true and correct copy of an e-mail from David Chused to Maureen Ratigan, et al, dated November 18, 2013, produced by Defendants as MIT-0130151. Filed under seal.

93. Attached as Exhibit P92 is a true and correct copy of an e-mail from John Harrington to Kenneth Davies, et al, dated July 9, 2015, produced by Defendants as MIT-0008653.

94. Attached as Exhibit P93 is a true and correct copy of an e-mail from Jean Samuelson to John Harrington, dated June 10, 2010, produced by third party Fidelity as FIDELITY003176.

95. Attached as Exhibit P94 is a true and correct copy of a presentation by Groom Law Group to the Investment Committee, dated October 2009, produced by Defendants as MIT-0123618. Filed under seal.

96. Attached as Exhibit P95 is a true and correct copy of the Investment Window, Discussion Document, dated May 20, 2010, produced by Defendants as MIT-0007044.

97. Attached as Exhibit P96 is a true and correct copy of an agenda of a meeting with the Subcommittee dated June 16, 2010, produced by Defendants as MIT-0149863.

98. Attached as Exhibit P97 is a true and correct copy of an e-mail from Alison Alden to Maureen Ratigan, et al, dated May 1, 2012, produced by Defendants as MIT-0150412.

99. Attached as Exhibit P98 is a true and correct copy of an e-mail from David Chused to Maureen Ratigan, dated June 15, 2012, produced by Defendants as MIT-0150516.

100. Attached as Exhibit P99 is a true and correct copy of an e-mail from John Harrington to Linda Delivorias, et al, dated April 30, 2013, produced by third party Fidelity as FIDELITY000536.

101. Attached as Exhibit P100 is a true and correct copy of an e-mail from Deb Matthews to Geri Carroll, dated March 10, 2010, produced by third party Fidelity as FIDELITY002266.

102. Attached as Exhibit P101 is a true and correct excerpts of the deposition of Corrine Fogg taken on November 15, 2018.

103. Attached as Exhibit P102 is a true and correct copy of an e-mail from John Harrington to Kenneth Davies, dated February 21, 2014, produced by Defendants as MIT-0012702.

104. Attached as Exhibit P103 is a true and correct copy of an e-mail from Maureen Ratigan to Pauline Dowell, et al, dated March 6, 2014, produced by Defendants as MIT-0130070. Filed under seal.

105. Attached as Exhibit P104 is a true and correct copy of an e-mail from Maureen Ratigan to Israel Ruiz, et al, dated May 6, 2014, produced by Defendants as MIT-0139856.

106. Attached as Exhibit P105 is a true and correct copy of a fund mapping document, produced by Defendants as MIT-0002493.

107. Attached as Exhibit P106 is a true and correct copy of an e-mail from Kenneth Davies to Michael Howard, et al, dated April 12, 2013, produced by third party Mercer as Mercer 001458.

108. Attached as Exhibit P107 is a true and correct excerpts of the deposition of Martin Schmidt taken on June 28, 2019.

109. Attached as Exhibit P108 is a true and correct copy of the Minutes of the MIT Executive Committee, dated September 4, 1998, produced by Defendants as MIT-0006788.

110. Attached as Exhibit P109 is a true and correct copy of an e-mail from Maureen Ratigan to Denise Donnelly, et al, dated April 16, 2015, produced by Defendants as MIT-019828.

111. Attached as Exhibit P110 is a true and correct copy of the 2009 Form 5500 of the MIT Supplemental 401(k) Plan, produced by Defendants as MIT-0118692.

112. Attached as Exhibit P111 is a true and correct copy of the 2016 Form 5500 of the MIT Supplemental 401(k) Plan.

113. Attached as Ex. P112 is a true and correct copy of the *2013 Recordkeeping Survey – Industry Snapshot*, PlanSponsor (June 2013), available at https://www.plansponsor.com/research/2013-recordkeeping-survey/2/.

114. Attached as Ex. P113 is a true and correct copy of the *2016 Recordkeeping Survey – Industry Snapshot*, PlanSponsor (June 2016), https://www.plansponsor.com/research/2013-recordkeeping-survey/2/.

115. Attached as Exhibit P114 is a true and correct copy of an e-mail from Jean Samuelson to John Harrington, dated June 25, 2010, produced by third party Fidelity as FIDELITY003169.

116. Attached as Exhibit P115 is a true and correct copy of the 2012 Form 5500 of the MIT Supplemental 401(k) Plan, produced by Defendants as MIT-0015316.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 5, 2019.

                                                          /s/ Joel D. Rohlf
                                                          Joel D. Rohlf