UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DAVID B. TRACEY, et al.,                                  :

               Plaintiffs,          :     Civil Action
   v.                                                     No. 16-11620-NMG
                                         :

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY, et al.,                                       :

               Defendants.         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**<u>TRANSMITTAL DECLARATION OF JAMES R. CARROLL</u>**

I, JAMES R. CARROLL, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1.      I am a member of the bar of the Commonwealth of Massachusetts and a Partner in the law firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for non-parties Abigail P. Johnson and FMR LLC in the above-captioned action.

2.      I make this declaration in support of Non-Parties Abigail P. Johnson's And FMR LLC's Motion For A Protective Order and for the purpose of transmitting to the Court true and correct copies of the following documents:

| | |
|---|---|
| Exhibit 1: | Plaintiffs' Witness List (Aug. 7, 2019) |
| Exhibit 2: | Plaintiffs' Press Release (Aug. 5, 2019) (*MIT Squanders Workers' Retirement Savings in Payments to Abigail Johnson and Fidelity in Return for Donations, Says Schlichter Bogard & Denton*) |
| Exhibit 3: | Deposition of John Harrington (Excerpts) (Nov. 29, 2018) |
| Exhibit 4: | Deposition of Michael Howard (Excerpts) (Mar. 15, 2019) |

I declare under penalty of perjury that the foregoing is true and correct.  Executed

on August 19, 2019, in Boston, Massachusetts.

Dated:  August 19, 2019
      Boston, Massachusetts

Respectfully submitted,

/s/ James R. Carroll
James R. Carroll (BBO #554426)
SKADDEN, ARPS, SLATE
  MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com

*Counsel for Non-Parties*
*Abigail P. Johnson and FMR LLC*