UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DAVID B. TRACEY, et al.,                  :

                Plaintiffs,               :    Civil Action
        v.                                     No. 16-11620-NMG
                                          :
MASSACHUSETTS INSTITUTE OF
TECHNOLOGY, et al.,                       :

                Defendants.               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**JOINT STIPULATION REGARDING 1) PLAINTIFFS'
REMOVAL OF ABIGAIL P. JOHNSON FROM THEIR WITNESS LIST
(DOC. 266) AND 2) NON-PARTIES ABIGAIL P. JOHNSON'S AND FMR LLC'S
WITHDRAWAL OF THEIR MOTION FOR A PROTECTIVE ORDER (DOC. 244)**

IT IS HEREBY STIPULATED AND AGREED TO, by and between the undersigned counsel for Plaintiffs and Non-Parties Abigail P. Johnson and FMR LLC as follows:

1. Plaintiffs, Defendants and Non-Parties Abigail P. Johnson and FMR LLC have engaged in discussions to resolve Non-Parties Abigail P. Johnson's and FMR LLC's Motion For A Protective Order and to streamline the presentation of testimony and evidence to the Court.  (Doc. 244.)  After extensive negotiations, the matter has been resolved.

2. In order to facilitate and simplify fact finding, the parties to the lawsuit have agreed to stipulate to certain facts that may be presented to the Court during trial.  As a result of this stipulation, Plaintiffs hereby remove Ms. Abigail P. Johnson from their witness list, which was submitted to the Court on August 26, 2019 (Doc. 266).

3. Non-Parties Abigail P. Johnson and FMR LLC hereby withdraw, without prejudice, their August 19, 2019 Motion For A Protective Order (Doc. 244), including all documents filed in support thereof.

| | |
|---|---|
| Dated:  September 5, 2019 | Respectfully submitted, |
| /s/ Jerome J. Schlichter | /s/ James R. Carroll |
| Jerome J. Schlichter (pro hac vice)<br>Heather Lea (pro hac vice)<br>Joel D. Rohlf (pro hac vice)<br>Scott T. Apking (pro hac vice)<br>SCHLICHTER BOGARD & DENTON LLP<br>100 South Fourth Street, Suite 1200<br>St. Louis, MO 63102<br>T: 314-621-6115<br>F: 314-621-5934<br>jschlichter@uselaws.com<br>hlea@uselaws.com<br>jrohlf@uselaws.com<br>sapking@uselaws.com<br><br>*Lead Counsel for Plaintiffs* | James R. Carroll (BBO #554426)<br>Mary E. Grinman (BBO #694097)<br>SKADDEN, ARPS, SLATE<br>  MEAGHER & FLOM LLP<br>500 Boylston Street<br>Boston, Massachusetts 02116<br>(617) 573-4800<br>james.carroll@skadden.com<br>mary.grinman@skadden.com<br><br>*Counsel for Non-Parties*<br>*Abigail P. Johnson and FMR LLC* |

Michael M. Mulder (pro hac vice)
Elena N. Liveris (pro hac vice)
LAW OFFICES OF MICHAEL M. MULDER
1603 Orrington Avenue, Suite 600
Evanston, Illinois 60201
T: 312-263-0272
F: 847-563-2301 (fax)
mmulder@mmulderlaw.com
eliveris@mmulderlaw.com

*Counsel for Plaintiffs*

Stephen Churchill (BBO #564158)
FAIR WORK, P.C.
192 South Street, Suite 450
Boston, MA 02111
T: 617-607-3260
F: 617-488-2261
steve@fairworklaw.com

*Local Counsel for Plaintiffs*