IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID B. TRACEY, DANIEL GUENTHER, MARIA T. NICHOLSON, AND CORRINNE R. FOGG, individually and as representatives of a class of participants and beneficiaries on behalf of the MIT Supplemental 401(k) Plan,<br><br>　　　　　　　　　*Plaintiffs*,<br><br>v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY, THE MIT SUPPLEMENTAL 401(K) PLAN OVERSIGHT COMMITTEE, THE ADMINISTRATIVE COMMITTEE, ISRAEL RUIZ, ALISON ALDEN, MARC BERNSTEIN, LAWRENCE CANDELL, GLENN DAVID ELLISON, MICHAEL HOWARD, MARTIN KELLY, S.P. KOTHARI, ROBERT C. MERTON, GUNTHER ROLAND, LORRAINE A. GOFFE-RUSH, GLEN SHOR, PAMELA WELDON, THOMAS M. WIEAND, and BARTON ZWIEBACH,<br>　　　　　　　　　*Defendants*. | No. 1:16-cv-11620-NMG |

**NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY ALL
PRE-TRIAL AND TRIAL DEADLINES**

Plaintiffs and Defendants file this Notice of Settlement and Joint Motion to Stay All Pre-Trial and Trial Deadlines in the above-captioned case for forty-five (45) days. This filing is made based on the following facts and recitals:

WHEREAS, the parties have reached an agreement in principle to settle this case;

WHEREAS, Plaintiffs anticipate needing 45 days to file a motion for preliminary approval, including drafts of a notice plan, summary and complete class notices, forms of

1

proposed orders, a plan of settlement allocation, and other ancillary materials necessary for the Court's consideration;

WHEREAS, the current pre-trial and trial deadlines are as follows:

| Case Activity | Deadline |
| --- | --- |
| Final Pretrial Conference | September 12, 2019 |
| Trial | September 16, 2019 |

WHEREAS, the parties have conferred and agreed, subject to the Court's approval, to stay all current pre-trial and trial deadlines for 45 days;

WHEREAS, staying all current pre-trial and trial deadlines would avoid potentially unnecessary expenses and fees while the parties finalize their settlement documents and Plaintiffs prepare a motion for preliminary approval;

NOW, THEREFORE, by and through the undersigned counsel, the parties jointly request that the Court enter an order staying all current pre-trial and trial deadlines for 45 days and setting a deadline of October 28, 2019 for Plaintiffs to file a motion for preliminary approval of the settlement.

Respectfully submitted this 12th day of September, 2019.

*/s/ Brian D. Boyle*
Brian D. Boyle (*pro hac vice*)
Shannon M. Barrett (*pro hac vice*)
Deanna M. Rice (*pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC, 20006
T: 202-383-5300
F: 202-383-5414
bboyle@omm.com
sbarrett@omm.com
derice@omm.com

Catalina J. Vergara (*pro hac vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
T: 213-430-6000
F: 213-430-6407
cvergara@omm.com

Roberto M. Braceras (BBO# 566816)
GOODWIN PROCTER, LLP
100 Northern Avenue
Boston, MA 02210
T: 617-570-1676
F: 617-523-1231
rbraceras@goodwinlaw.com

*Attorneys for Defendants*

/s/ *Jerome J. Schlichter*
Jerome J. Schlichter (*pro hac vice*)
Heather Lea (*pro hac vice*)
Joel D. Rohlf (*pro hac vice*)
Scott T. Apking (*pro hac vice*)
SCHLICHTER BOGARD & DENTON LLP
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
T: 314-621-6115
F: 314-621-5934
jschlichter@uselaws.com
hlea@uselaws.com
jrohlf@uselaws.com
sapking@uselaws.com

*Lead Counsel for Plaintiffs*

Michael M. Mulder (*pro hac vice*)
Elena N. Liveris (*pro hac vice*)
LAW OFFICES OF MICHAEL M. MULDER
1603 Orrington Avenue, Suite 600
Evanston, Illinois 60201
T: 312-263-0272
F: 847-563-2301
mmulder@mmulderlaw.com
eliveris@mmulderlaw.com

*Counsel for Plaintiffs*

3

        Stephen Churchill (BBO #564158)
        FAIR WORK, P.C.
        192 South Street, Suite 450
        Boston, MA 02111
        T: 617-607-3260
        F: 617-488-2261
        steve@fairworklaw.com

        *Local Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the Electronic Case Filing (ECF) system on September 12, 2019, and thus copies will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Brian D. Boyle*
Brian D. Boyle (*pro hac vice*)

*Attorney for Defendants*