UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID B. TRACEY *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MASSACHUSETTS INSTITUTE OF TECHNOLOGY *et al.*, <br><br> *Defendants*. | No. 1:16-cv-11620-NMG |

## JOINT MOTION TO SET CLASS ACTION SETTLEMENT FAIRNESS HEARING[1]

In accordance with Rule 23(e) of the Federal Rules of Civil Procedure and following the Court's granting of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Settlement, Doc. 295, the parties respectfully request that the Court schedule a Fairness Hearing to consider (a) any objections from Class Members to the parties' Settlement Agreement; (b) Class Counsel's petition for Attorneys' Fees and Costs and Class Representatives' Compensation; and (c) whether to finally approve the parties' Settlement. Several deadlines in the Settlement Agreement are based on the date of the Fairness Hearing, including but not limited to the deadline for the Settlement Administrator to send Settlement Notices to Class Members, the deadline for Former Participants to submit Claim Forms, and the deadline for Class Members to file any objections to the Settlement. Doc. 290-1. The Fairness Hearing must accordingly be set to move forward with the Settlement.

A proposed order setting the Fairness Hearing is attached hereto as **Exhibit A**. The proposed order contains a placeholder for the date of the Fairness Hearing in paragraph two and a placeholder for the deadline by which Former Participant Claim Forms must be filed in paragraph seven. *Id*. Given the interim deadlines that must be accommodated before final approval of the Settlement can be granted (which deadlines relate to the mailing of Settlement

---

[1] All capitalized terms used in this motion have the meanings ascribed to them in the Parties' Settlement Agreement.  Those definitions are incorporated herein by reference.

Notices, the filing of any objections, and the Independent Fiduciary's review of the Settlement, among other things), the parties request that the Fairness Hearing **not be scheduled before May 24, 2020**.

WHEREFORE**,** the parties respectfully request that the Court issue an Order setting a date for the Fairness Hearing.

Dated: February 3, 2020                                                            Respectfully submitted,

/s/ Jerome J. Schlichter
SCHLICHTER BOGARD & DENTON LLP
Jerome J. Schlichter (admitted *pro hac vice*)
Heather Lea (admitted *pro hac vice*)
Joel D. Rohlf (admitted *pro hac vice*)
Scott T. Apking (admitted *pro hac vice*)
100 South 4th Street, Suite 1200
St. Louis, MO 63102
Phone: (314) 621-6115
Fax: (314) 621-5934
jschlichter@uselaws.com
hlea@uselaws.com
jrohlf@uselaws.com
sapking@uselaws.com

*Lead Counsel for Plaintiffs*

Michael M. Mulder (*pro hac vice)*
Elena N. Liveris (*pro hac vice*)
LAW OFFICES OF MICHAEL M. MULDER
1603 Orrington Avenue, Suite 600
Evanston, Illinois 60201
T: 312-263-0272
F: 847-563-2301 (fax)
mmulder@mmulderlaw.com
eliveris@mmulderlaw.com

*Counsel for Plaintiffs*

Stephen Churchill (BBO #564158)
FAIR WORKS, P.C.
192 South Street, Suite 450
Boston, MA 02111
T: 617-607-3260
F:617-488-2261
steve@fairworklaw.com

*Local Counsel for Plaintiffs*

 /s/Catalina J. Vergara (with permission)
Brian D. Boyle (*pro hac vice*)
Catalina J. Vergara (*pro hac vice*)
Shannon M. Barrett (*pro hac vice*)
Deanna M. Rice (*pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC, 20006
T: 202-383-5300
F: 202-383-5414
bboyle@omm.com
cvergara@omm.com
sbarrett@omm.com
drice@omm.com

*Attorneys for Defendants*

Roberto M Braceras (BBO # 566816)
GOODWIN PROCTER, LLP
100 Northern Avenue
Boston, MA 02210
T: 617-570-1676
F:617-523-1231
rbraceras@goodwinlaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 3, 2020.

                                            /s/ Jerome J. Schlichter